# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Great American Insurance Company,

        Plaintiff,

vs.

Letourneau & Sons, Inc., Letourneau
Refrigeration and Heating, Inc., Northern
Trucking & Aggregate, John E. Letourneau,
John E. Letourneau, Jr.,

        Defendants.

Civil No. 08-520 (RHK/RLE)

**ORDER**

        This matter is venued in the Fifth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  March 11, 2008

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge