## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Great American Insurance Company, | Civil No. 08-520 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| Letourneau & Sons, Inc., et al., | |
| Defendants. | |

Having been advised by counsel for Defendants that the Corporate Defendants would not appear or respond to Plaintiff's Motion for Summary Judgment, **IT IS ORDERED**:

1. The February 19, 2009 hearing in Duluth, Minnesota is **CANCELED**;

2. Plaintiff's Motion for Summary Judgment will be deemed submitted without argument as of February 19, 2009; and

3. Plaintiff shall submit to the Court a proposed Order with respect to said Motion with copies to opposing counsel.

Dated: February 4, 2009            s/Richard H. Kyle
                                   RICHARD H. KYLE
                                   United States District Judge